IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE WILLIAMS, III, TRUSTEE,

      Plaintiff,

  vs.                              No. CIV S-08-0437 FCD KJM PS

JAMES GOODLOE, et al.,

      Defendants.             ORDER TO SHOW CAUSE

_____/

      Plaintiff, as trustee, has filed pro se a trademark infringement action. Unincorporated associations, including trusts, must appear in court through a licensed attorney. See Rowland v. California Men's Colony 506 U.S. 194, 202, 113 S.Ct. 716, 721(1993); C.E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987).  See also Church of the New Testament v. United States, 783 F.2d 771, 772 (9th Cir. 1987).  Likewise, a trustee may not appear pro se as a trust's legal representative.  C.E. Pope, 818 F.2d at 697 (dismissing complaint signed only by nonlawyer trustee).

      Accordingly, IT IS HEREBY ORDERED that within twenty days, plaintiff shall show cause, in writing, why this case should not be dismissed for the failure of plaintiff to appear in court represented by a licensed attorney.

DATED: February 29, 2008.

_____
U.S. MAGISTRATE JUDGE

006/williams.osc

1