IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE WILLIAMS, III, TRUSTEE,

    Plaintiff,

  vs.                              No. CIV S-08-437 FCD KJM PS

JAMES GOODLOE, et al.,

    Defendants.           <u>ORDER</u>

/

        On March 3, 2008, the court order plaintiff to show cause why this action should not be dismissed because the plaintiff trustee had not appeared through a licensed attorney. Plaintiff has now responded and requests leave to amend the complaint to name only the trustee, and not the trust, as the plaintiff. Under Federal Rule of Civil Procedure 15, plaintiff does not need leave to amend once as a matter of right.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The order to show cause (docket no. 5) is discharged.

        2. An amended complaint naming only George Williams, III as plaintiff shall be filed within thirty days (this terminates docket no. 7).

DATED: April 4, 2008.

006/williams.lta

U.S. MAGISTRATE JUDGE

1