IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE WILLIAMS, III, TRUSTEE,

    Plaintiff,

  vs.　　　　　　　　　　　　　　　　　No. CIV S-08-0437 FCD KJM PS

JAMES GOODLOE, et al.,

    Defendants.　　　　　　　　　FINDINGS AND RECOMMENDATIONS

_____/

       Plaintiff, as trustee, has filed pro se a trademark infringement action. Unincorporated associations, including trusts, must appear in court through a licensed attorney. See Rowland v. California Men's Colony, 506 U.S. 194, 202, 113 S.Ct. 716, 721(1993); C.E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987); see also Church of the New Testament v. United States, 783 F.2d 771, 772 (9th Cir. 1987).  Likewise, a trustee may not appear pro se as a trust's legal representative.  C.E. Pope, 818 F.2d at 696 (dismissing complaint signed only by nonlawyer trustee).

       The amended complaint makes clear that this action is brought solely on behalf of a trust.  Plaintiff, as trustee proceeding pro se, may not prosecute this action in federal court.

       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

/////

1   These findings and recommendations are submitted to the United States District Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Findings and Recommendations." Any reply to the objections shall be served and filed within ten days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 16, 2008.

_____
U.S. MAGISTRATE JUDGE

006
williams.trust.57