IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE WILLIAMS, III, TRUSTEE,

       Plaintiff,                    No. CIV S-08-0437 FCD KJM PS

   vs.

JAMES GOODLOE, et al.,

       Defendants.          <u>ORDER</u>

_____/

       Plaintiff, as trustee, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

       On June 17, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days.  Plaintiff has filed objections to the findings and recommendations.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1. The findings and recommendations filed June 17, 2008, are adopted in full; and

2. This action is dismissed.

DATED: August 13, 2008.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE